IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 09-cv-00246-PAB

UNITED STATES OF AMERICA,

     Petitioner,

v.

PFE PALERMO FAMILY ENTERPRISES, INC.,
Michael Palermo, Owner,

     Respondent.

_____

## ORDER OF DISMISSAL WITHOUT PREJUDICE
_____

THIS MATTER comes before the Court upon the plaintiff's Notice of Voluntary

Dismissal of Case [Docket No. 3]. The Court has reviewed the pleading and is fully

advised in the premises. It is

**ORDERED** that, pursuant to Fed. R. Civ. P. 41(a), this matter, and all claims

asserted therein, is dismissed without prejudice, with each party to bear its own

attorneys' fees and costs.

DATED February 19, 2009.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge